UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LARRY R. BROWN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:22-mc-2-TAV-JEM ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

# MEMORANDUM OPINION AND ORDER

This matter is before the Court on petitioner Larry R. Brown's Emergency Motion for Compassionate Release Pursuant 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. 1]. Petitioner seeks compassionate release based on various health concerns.

However, "[t]he sentencing court is the proper venue for a motion for compassionate release." *Haynes v. United States*, No. 20-13394, 2021 WL 1405172, at *1 (E.D. Mich. Apr. 13, 2021) (citing *United States v. Raia*, 954 F.3d 594, 595 (3d Cir. 2020) and *Heard v. Quintana*, 184 F. Supp. 3d 515, 521 (E.D. Ky. 2016)). A review of this Court's docket indicates that Petitioner was not sentenced in the Eastern District of Tennessee. Moreover, Petitioner's motion does not provide any indication of the sentencing court. Accordingly, Petitioner's motion [Doc. 1] is **DENIED** without prejudice to refiling in the correct venue. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE